<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6152**

———————

UNITED STATES OF AMERICA,

                            Plaintiff - Appellee,

    versus

DERRICK VINCENT REDD,

                            Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CR-97-6, CA-00-642)

———————

Submitted: April 12, 2001         Decided: April 18, 2001

———————

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Derrick Vincent Redd, Appellant Pro Se. Robert Andrew Spencer, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Derrick Vincent Redd seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000) and his motion for reconsideration. We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Redd, Nos. CR-97-6; CA-00-642 (E.D. Va. filed Oct. 12, 2000, entered Oct. 13, 2000; Nov. 3, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED